IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL YOUNG,

              Plaintiff,                                   ORDER

    v.                                                       13-cv-515-wmc

THE SENIOR CITIZENS EMPLOYNMENT
AND TRAINING PROGRAM,
BROOKE HOEL and DALA EILEN,

              Defendant.

---

MICHAEL YOUNG,

              Plaintiff,                                   ORDER

    v.                                                       13-cv-516-wmc

THE UNIVERSITY OF WISCONSIN EAU CLAIRE
POLICE CHIEF DAVID SPRICK and
THE UNIVERSITY OF EAU CLAIRE
POLICE OFFICERS,

              Defendant.

---

MICHAEL YOUNG,

              Plaintiff,                                   ORDER

    v.                                                       13-cv-517-wmc

THE PER MAR SECURITY SERVICES
THE GENERAL MANAGER JIM FLATER and
A SECURITY GUARD BY THE NAME OF
LUCAS LAST NAME UNKNOWN,

              Defendant.

---

Plaintiff Michael Young has filed three proposed civil complaints. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.
- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.
- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.
- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.
- Substantial assets or debts require individual consideration.

In this case, plaintiff is unemployed and has no assets. His monthly income from Social Security benefits is $907, which makes his annual income $10,884. Because plaintiff's income is less than $16,000, he can proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motions filed by plaintiff Michael Young for leave to proceed without prepayment of fees (Dkts. ## 2) are GRANTED.

2. No further action will be taken in these cases until the court has screened the

complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue as soon as practicable depending on the demands of this court's heavy docket.

Entered this 26th day of July, 2013.

>BY THE COURT:
>
>/s/
>PETER OPPENEER
>Magistrate Judge