IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                              13-cv-515-wmc

THE SENIOR CITIZENS EMPLOYMENT
AND TRAINING PROGRAM,
BROOKE HOEL and DALA EILEN,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Michael Young's motion for leave to proceed and dismissing this case with prejudice.

| /s/ | 12/3/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |